# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BEN MICHAEL WILLIAMSON,<br><br>Defendant. | CR 22-100-BLG-SPW<br><br>PRELIMINARY ORDER OF FORFEITURE |

WHEREAS, in the superseding information in the above case, the United States sought forfeiture of any property of the above-captioned person, pursuant to 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d) as property used or intended to be used to facilitate the violations alleged in the superseding information, or as proceeds of said violation;

And whereas, on February 13, 2023, the defendant entered a plea of guilty to the superseding information, which charged him with possession with intent to distribute methamphetamine and prohibited person in possession of a firearm;

And whereas, the superseding information contained a forfeiture allegation that stated that as a result of the offenses charged in the superseding information, the defendant shall forfeit the following property:

1

- Black Range Maxx Tactical Nylon Bag with one Black and White Holster and one Black Holster
- Green Plastic Box Containing Approx 48 Rounds of 9mm Ammunition
- Harrington & Richardson, 32 Caliber S&W CTGE Revolver, SN: 211720
- Smith & Wesson, Model SD9 VE, 9mm Pistol, SN: FBJ4004 with Empty Magazine
- Taurus made in Brazil, Model G2C, 9mm Pistol, SN: TMS79071 with Empty Magazine
- Glock, Model 30, 45 Caliber Pistol, SN: VHK691 with Empty Magazine
- 12 Rounds of 9mm Ammo from PT 111 Pro Magazine and 9 Rounds of 9mm ammo from Smith & Wesson Magazine
- One Magazine with Approx. 3 Rounds of 45 Caliber Ammo and 9 Rounds of 45 Caliber Ammo from Glock Magazine.

And whereas, by virtue of said guilty plea, the United States is now entitled to possession of the property, pursuant to 18 U.S.C. § 924(d), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

ACCORDINGLY, IT IS ORDERED:

1. That based upon the plea of guilty by the defendant to the superseding information, the United States is authorized and ordered to seize the property described above. This property is forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d).

2. That the aforementioned forfeited property is to be held by the United States, particularly the Federal Bureau of Investigation and/or the United States Marshals Service, in its secure custody and control.

3. That the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

4. That upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 6th day of March, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge