IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 22-100-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| BEN MICHAEL WILLIAMSON, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture (Doc. 36). Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and (2), and 881(a)(11), 18 U.S.C. § 924(d), and Rule 32.2, Federal Rules of Criminal Procedure.

2. A Preliminary Order of Forfeiture was entered on March 6, 2023. (Doc. 32).

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1).

1

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1) and (2), and 881(a)(11), 18 U.S.C. § 924(d), and Rule 32.2, Federal Rules of Criminal Procedure.

IT IS ORDERED:

THAT the Motion for Final Order of Forfeiture (Doc. 36) is GRANTED;

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (2), and 881(a)(11), 18 U.S.C. § 924(d), and Rule 32.2, Federal Rules of Criminal Procedure, free from the claims of any other party:

- Black Range Maxx Tactical Nylon Bag with one Black and White Holster and one Black Holster;
- Green Plastic Box Containing Approx 48 Rounds of 9mm Ammunition;
- Harrington & Richardson, 32 Caliber S&W CTGE Revolver, SN: 211720;
- Smith & Wesson, Model SD9 VE, 9mm Pistol, SN: FBJ4004 with Empty Magazine;
- Taurus made in Brazil, Model G2C, 9mm Pistol, SN: TMS79071 with Empty Magazine;
- Glock, Model 30, 45 Caliber Pistol, SN: VHK691 with Empty Magazine;
- 12 Rounds of 9mm Ammo from PT 111 Pro Magazine and 9 Rounds of 9mm ammo from Smith & Wesson Magazine; and
- One Magazine with Approx. 3 Rounds of 45 Caliber Ammo and 9 Rounds of 45 Caliber Ammo from Glock Magazine

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED the 12th day of June, 2023.

SUSAN P. WATTERS
U.S. District Court Judge